```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MANINDER SINGH,

                Plaintiff,

        - against -                            O R D E R

ALEJANDRO MAYORKAS, UR M. JADDOU,              24 Civ. 9458 (NRB)
TERRI ROBINSON, and SUSAN DIBBINS,

                Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff filed a complaint on December 13, 2024, and

    **WHEREAS** we have informed plaintiff's counsel by letter, dated February 12, 2025, of plaintiff's obligation to effect service within 90 days of filing (see Fed. R. Civ. P. 4(m)), and

    **WHEREAS** plaintiff has not filed an affidavit of service with respect to any defendant; it is hereby

    **ORDERED** that plaintiff's complaint is dismissed without prejudice.

Dated:    New York, New York
             March 18, 2025

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE